# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00998-CV

---

### In re Veronica Renee Youngblood

---

### ORIGINAL PROCEEDING FROM BELL COUNTY

---

## M E M O R A N D U M   O P I N I O N

In this suit affecting the parent–child relationship (SAPCR), relator Veronica Renee Youngblood has filed a petition for writ of mandamus seeking relief from orders the trial court purportedly rendered without jurisdiction.[1] A party seeking mandamus relief has the burden of providing this Court with a sufficient record to establish her right to such relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *see* Tex. R. App. P. 52.3(k)(1)(A) (requiring appendix to petition for writ of mandamus to include certified or sworn copy of order complained of and other documents showing matter complained of); 52.7(a) (providing that mandamus record must contain, among other things, certified or sworn copy of every document that is material to relator's claim and that was filed in underlying proceeding).

---

[1] Youngblood contends that the trial court rendered "modifications" and other SAPCR orders "affecting conservatorship, possession, and enforcement" without jurisdiction to do so because a different trial court had continuing exclusive jurisdiction over the SAPCR under the Family Code.

The appendix and record do not meet the requirements of Rules 52.3 and 52.7; therefore, this Court lacks a record sufficient to assess the right to mandamus relief. We accordingly deny relief. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: December 18, 2025